# Horizon Care Services, Inc.
# APPENDIX A

1. Alexis, Starchisse
2. Atice, Rebecca
3. Azor, Sonia
4. Bertrand, Ebencia
5. Bijou, Joane
6. Blackwood, Jennifer
7. Blaise, Yves
8. Brooks, Geovaughn
9. Brown, Joyce
10. Brudnicki, Duwayne
11. Clarke's Caregiving
12. Cirius, Marie
13. Corasme, Marie
14. Decius, Magalie
15. Delva, Schella
16. Diometre, Wesley
17. Doll, Ashtong
18. Doody, Theresa
19. Dorceus, Ruth
20. Dormelus, Guerda
21. Dubois, Marie
22. Dufour, Thaismude
23. Duran, Rosa
24. Duval, Marie
25. Estime, Lovena
26. Exantus, Erica
27. Fadeal, Eveline
28. Ferdelus, Helene
29. Ferdelus, Saint Julia
30. Fileus, Elida
31. Fleury, Marie
32. Forest-Zamor, Roseline
33. Fortune, Linda
34. Fourreau, Victoria
35. Georges, Jhenny
36. Givens, Joan
37. Gomez, Gloria
38. Heath, Rhoda
39. Innocent, Fedgine

40. Jasmin, Brithney
41. Jean Francois, Wilna
42. Jean Louis, Chiara
43. Jean-Charles, Mirlene
44. Jones, Lanika
45. Jones, Latonya
46. Jones, Sophia
47. Joseph, Mimose
48. Joseph, Syndia
49. Jules, Francia
50. Kenol, Annette
51. Kenol, Nicolas
52. Khemraj, Amy
53. Khemraj, Kemchan
54. Louis, Marie K.
55. Magloire, Marie
56. Maldonado, Maria
57. Martilus-Mareus, Myrdride
58. Maurice, Viana
59. Mauvais, Sonia
60. Mitchell, Elizabeth
61. Myrick, Jazzmine
62. Nelson, Fridline
63. Paul, Rachelle
64. Phadael, Sheila
65. Phillips, John
66. Philmore, Eva
67. Pierre, Alete
68. Pierre, Manezia
69. Quallo, Molian
70. Ramirez, Celia
71. Raymond, Syndie
72. Reed, Melissa
73. Roberts, Julia
74. Roberts, Roseanne
75. Rutledge, Tiphani
76. Saber, Bouchra
77. Sainvil, Francianne
78. Samuels-Foster, Ann Marie
79. Sands, Gwendolyn
80. Sine, Richelene
81. Smith, Denise
82. St. Juste, Maryse

83. Telisme, Wideline
84. Thermitus, Sherlyn
85. Thompson, Jemaine
86. Turenne, Mireille
87. Ulysse, Monique
88. Viad, Veronique
89. Vital, Riguad
90. Watson, Ivy
91. Wilson, Winsome