UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| MILTON AL STEWART, <br> Acting Secretary of Labor, <br> United States Department of Labor, <br>     Plaintiff, <br> v. <br> HORIZON CARE SERVICES, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | FILE NO. <br><br> 9:20-CV-80154 |

**CONSENT JUDGMENT AND ORDER**

This cause came on for consideration upon Plaintiff's motion and the consent of Defendant Horizon Care Services, Inc. (hereinafter "Defendant") to the entry of this Judgment, without further contest. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendant, its agents, servants, employees and all persons in active concert or participation with Defendant who receive actual notice hereof are permanently enjoined from violating the provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq., hereinafter referred to as the Act, in any of the following manners:

    1.    Defendant shall not, contrary to §§ 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), employ any employee in commerce or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for more than 40 hours in a workweek unless such employee is

compensated for such hours in excess of 40 at an overtime rate of at least one and one-half times the regular rate at which such employee is employed.

2. Defendant shall not, contrary to §§ 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), fail to make, keep and preserve adequate and accurate employment records as prescribed by Regulation found at 29 C.F.R. § 516.2.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendant is enjoined from withholding back wages in the total amount of $70,691.25 due to its caregivers for the claims made in the Complaint. Within thirty (30) days following the entry of this Consent Judgment, Defendant shall remit to the Plaintiff this amount by ACH transfer, credit card, debit card, or digital wallet by going to www.pay.gov and searching "WHD Back Wage Payment-SE Region." Plaintiff shall remit amounts due to each individual as set forth on Schedule "A" attached hereto, less legally required deductions. After three years, any monies which have not been distributed because of inability to locate the proper persons or because of their refusal to accept payment shall be paid into the Treasury of the United States as miscellaneous receipts. In the event of default by Defendant in making such payment, post-judgment interest shall be assessed on any unpaid amount at the rate established pursuant to 28 U.S.C. § 1961.

The private rights, under § 216(b) of the Act, of any employee of Defendant not named or for periods not stated in the attached Schedule "A" shall not be terminated by this proceeding by the Department of Labor.

It is FURTHER ORDERED that in the event of default by the Defendant in the payment of any of the above-recited installments, the total balance then remaining unpaid shall become due and payable immediately, with no further notice or demand required, and post

judgment interest shall be assessed against such remaining unpaid balance, in accordance with 28 U.S.C. § 1961, from the date hereof until paid in full.

It is FURTHER ORDERED that each party shall bear such other of its own attorney's fees and expenses incurred by such party in connection with any stage of this case, including but not limited to, attorney's fees which may be available under the Equal Access to Justice Act, as amended. By consenting to the entry of this Order, Defendant neither admits nor denies the allegations contained within the Complaint.

This _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

| Defendant consents to entry of the foregoing Judgment: | Plaintiff moves entry of the foregoing Judgment: |
|---|---|
| | ELENA S. GOLDSTEIN<br>Deputy Solicitor |
| By: _s/ CATHLEEN SCOTT_<br>    CATHLEEN SCOTT | |
| | TREMELLE I. HOWARD<br>Acting Regional Solicitor |
| Scott Wagner & Associates, P.A.<br>250 S Central Blvd., Suite 104A<br>Jupiter, FL 33458<br>cscott@scottwagnerlaw.com | ROBERT L. WALTER<br>Counsel |
| | JEREMY K. FISHER<br>Senior Trial Attorney |
| Attorney for Defendant | |
| | By: _s/WINFIELD W. MURRAY_<br> WINFIELD W. MURRAY<br>Attorney for Plaintiff<br>Special Bar No. A5502618 |
| | Office of the Solicitor<br>U. S. Department of Labor<br>61 Forsyth Street, S.W., Room 7T10<br>Atlanta, GA  30303 |