UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 20-80154-CV-MIDDLEBROOKS

MILTON AL STEWART,
Acting Secretary of Labor,
United States Department of Labor,

    Plaintiff,

v.

HORIZON CARE SERVICES, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order Approving Consent Judgment. (DE 65). Consistent with the same, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final judgment is **ENTERED** pursuant to the Parties' Consent Judgment and Order (DE 64-1) and Schedule A (DE 64-2), which are incorporated by reference herein.

(2) The Clerk of Court shall **CLOSE THIS CASE**.

(3) Any pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 25th day of February, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record